UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-Civ-23425-COOKE/TORRES

LESLIE REILLY, an individual,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

CHIPOTLE MEXICAN GRILL, INC.,
a Delaware corporation,

    Defendant.

_____/

## ORDER AFTER HEARING

BEFORE ME are, *inter alia*: (1) Defendant Chipotle Mexican Grill, Inc.'s Motion for Summary Judgment (ECF No. 58); and (2) Plaintiff Leslie Reilly's Motion for Class Certification (ECF No. 66).

I have reviewed the parties' motions, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on November 16, 2016.

For the reasons stated at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** as follows:

1. Defendant Chipotle Mexican Grill, Inc.'s Motion for Summary Judgment (ECF No. 58) is **GRANTED**.
2. Plaintiff Leslie Reilly's Motion for Class Certification (ECF No. 66) is **DENIED**.
3. All other pending motions, if any, are **DENIED** *as moot*.
4. Plaintiff's Complaint is **DISMISSED with prejudice**.
5. The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 17th day of November 2016.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*