## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 15-Civ-23425-COOKE/TORRES

LESLIE REILLY, an individual,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

CHIPOTLE MEXICAN GRILL, INC.,
a Delaware corporation,

    Defendant.
_____/

### FINAL JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order After Hearing (ECF No. 180), **JUDGMENT** is hereby entered in favor of Defendant Chipotle Mexican Grill, Inc. and against Plaintiff Leslie Reilly.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 2nd day of December 2016.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*