UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-Civ-23425-COOKE/TORRES

LESLIE REILLY, an individual,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

CHIPOTLE MEXICAN GRILL, INC.,
a Delaware corporation,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before me upon the January 26, 2018 Report and Recommendation ("R&R") of the Honorable Edwin G. Torres, U.S. Magistrate Judge (ECF No. 218), regarding Defendant Chipotle Mexican Grill, Inc.'s motion for attorneys' fees and non-taxable costs against Plaintiff Leslie Reilly (ECF No. 206). In his R&R, Judge Torres recommended that Chipotle's motion be denied. Chipotle filed Objections to Judge Torres' R&R on February 9, 2018. (ECF No. 219). Reilly filed a Response to Chipotle's Objections on February 23, 2018 (ECF No. 221), to which Chipotle replied on March 2, 2018 (ECF No. 22).

I have reviewed Chipotle's motion and the briefing and exhibits submitted by both parties regarding the same, Judge Torres' R&R, Chipotle's Objections and the briefing and exhibits submitted by both parties regarding the same, the record, and the relevant legal authorities. I find Judge Torres' R&R to be clear, cogent, and compelling. Accordingly, Judge Torres' R&R (ECF No. 218) is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that Chipotle's motion (ECF No. 206) is **DENIED**.

**DONE and ORDERED** in chambers, at Miami, Florida, this 12th day of September 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*